

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 27, 2017

VIA ECF
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:   *Sandton Credit Solutions Master Fund III, LP v. Imperatis Corp. et al.*,
            No. 16 Civ. 8376 (GHW) (JCF)

Dear Judge Parker:

      This Office represents defendant the Defense Finance and Accounting Service, a component of the United States Department of Defense ("DFAS" or the "Government"), in the above-referenced proceeding brought pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202. I write respectfully to request an adjournment of the telephonic conference presently scheduled for March 30, 2017, at 4:00 p.m.

      The Government requests the adjournment to consider information recently produced by counsel for Sandton Credit Solutions Master Fund III, LP ("Sandton"). Counsel for Sandton and for the assignee, Norton Lazarus, have consented to the adjournment request. Counsel are available on April 11, 12, 17 (afternoon only), and 18. This is the first request to adjourn the March 30 telephonic conference.

      We thank the Court for its consideration of this request.

                              Respectfully submitted,

                              JOON H. KIM
                              Acting United States Attorney
                              Southern District of New York

                By:   *s/ Michael J. Byars*
                              MICHAEL J. BYARS
                              Assistant United States Attorney
                              Telephone: (212) 637-2793
                              Facsimile: (212) 637-2717
                              E-mail: michael.byars@usdoj.gov

cc: All counsel (via ECF)