

**Fox Rothschild LLP**
ATTORNEYS AT LAW

2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000 Fax 215.299.2150
www.foxrothschild.com

ERIC E. REED
Direct No: 215-299-2741
Email: EReed@FoxRothschild.com

May 16, 2017

Hon. Gregory H. Woods
U.S. District Court, SDNY
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Sandton Credit Solutions Master Fund III, LP v. Imperatis Corp., et al.*, **SDNY NO. 16-cv-8376-GHW**

Dear Judge Woods:

The Court directed the parties to submit a joint report regarding the status of settlement efforts. Due to an oversight by the undersigned counsel for Plaintiff Sandton Credit Solutions Master Fund III, LP ("Sandton") and counsel for Defendant Defense Finance and Accounting Service ("DFAS"), this joint report is regrettably overdue.

Since the last appearance before the Court, the parties participated in two calls with Magistrate Judge Parker. Sandton provided the underlying lien documents to DFAS, and Sandton and DFAS exchanged settlement positions. Sandton and DFAS also exchanged their respective analyses of the implications of a potential bankruptcy on these proceedings.

The parties have ex parte submissions due to Judge Parker on May 17, 2017, a preliminary telephonic settlement conference scheduled for May 22, 2017, and an in-person settlement conference scheduled for June 20, 2017.

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida
Illinois   Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas



Hon. Gregory H. Woods
May 16, 2017
Page 2

The parties respectfully request that the Court not set a motion schedule pending the outcome of the scheduled settlement conferences.

Respectfully,

Eric E. Reed

cc: AUSA Michael J. Byars, Esquire
Ronald S. Beacher, Esquire