

**Fox Rothschild LLP**
ATTORNEYS AT LAW

2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000 Fax 215.299.2150
www.foxrothschild.com

ERIC E. REED
Direct No: 215-299-2741
Email: EReed@FoxRothschild.com

June 27, 2017

Hon. Gregory H. Woods
U.S. District Court, SDNY
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Sandton Credit Solutions Master Fund III, LP v. Imperatis Corp., et al.,*
    SDNY NO. 16-cv-8376-GHW

Dear Judge Woods:

The Court directed the parties to submit a joint status report. The parties have exchanged initial demands and have made written submissions to Magistrate Judge Parker in connection with the upcoming mediation that was scheduled for June 20, 2017. Following an initial telephonic conference, the mediation was rescheduled for July 14, 2017. On the parties' agreement, Judge Parker excused the assignee Norton Lazarus from attending the conference.

Respectfully,

Eric E. Reed

cc (via ECF): AUSA Michael J. Byars, Esquire
Ronald S. Beacher, Esquire

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida
Illinois   Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas